IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

<u>Norfolk Division</u>

FILED

AUG 16 2010

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:10cv312 |
| ) | |
| HARBOR WALK DEVELOPMENT, ) | |
| LLC, ) | |
| ) | |
| THE PORTER-BLAINE CORP., ) | |
| ) | |
| GENESIS GROUP, INC., ) | |
| ) | |
| WERMERS DEVELOPMENT, INC., ) | |
| ) | |
| CLARK-WHITEHILL ENTERPRISES, ) | |
| INC., ) | |
| ) | |
| VENTURE SUPPLY, INC., ) | |
| ) | |
| TOBIN TRADING, INC., ) | |
| ) | |
| TRADERSCOVE CORP. ) | |
| d/b/a THE HENIN GROUP, ) | |
| ) | |
| PREMIER INTERNATIONAL REALTY, ) | |
| INC., d/b/a HENIN REALTY, ) | |
| ) | |
| INTERNATIONAL PROPERTY ) | |
| INVESTMENTS OF CENTRAL ) | |
| FLORIDA, INC., d/b/a HENIN ) | |
| INTERNATIONAL SERVICES, ) | |
| ) | |
| HIGGERSON-BUCHANAN, INC., ) | |
| ) | |
| M&M CONTRACTING, ) | |
| ) | |
| P&P SKILLED CONTRACTORS, ) | |
| ) | |
| WORK COMPANY, DRYWALL & ) | |
| PLASTER, ) | |

| | |
|---|---|
| **JEROME HENIN, individually,** | ) |
| **DAVID DANIELS, individually,** | ) |
| **MICHELLE GERMANO,** | ) |
| **DENNIS JACKSON,** | ) |
| **SHARON JACKSON,** | ) |
| **JASON DUNAWAY,** | ) |
| **LISA DUNAWAY,** | ) |
| **Individually and on behalf of all others similarly situated,** | ) |
| **Defendants.** | ) |

## ORDER

Plaintiff Evanston Insurance Company and Defendant Higgerson-Buchanan, Inc., by counsel, advised the Court that pursuant to Federal Rule of Civil Procedure 41(a)(2), the Complaint For Declaratory Relief should be dismissed without prejudice against Defendant Higgerson-Buchanan, Inc. only.

It is so ORDERED this 16th day of August, 2010

Raymond A. Jackson
United States District Judge
Judge, United States District Court


We ask for this:

*/s/ Richard A. Saunders*

Richard A. Saunders, Esq. (VA State Bar No. 16692)
FURNISS, DAVIS, RASHKIND AND SAUNDERS, P.C.
6160 Kempsville Circle, Suite 341B
Post Office Box 12525
Norfolk, VA 23541-0525
Ofc. 757.461.7100; Fax. 757.461.0083
Email rsaunders@furnissdavis.com
*Counsel for Plaintiff Evanston Insurance Company*

R. Steven Rawls, Esq. (FL State Bar No. 0938254)
Rebecca Applebaum, Esq. (FL State Bar No. 179043)
Robert J. Witmeyer, Esq. (FL State Bar No. 0044033)
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
One Harbour Place, Suite 500
777 S. Harbour Island Boulevard
Tampa, FL 33602
Ofc. 813.281.1900; Fax. 813.281.0900
*Counsel for Plaintiff Evanston Insurance Company*

*/s/ Kevin J. Cosgrove*

Kevin J. Cosgrove, Esq. (VA State Bar No. 18828)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
P. O. Box 3889
Norfolk, VA 23510
Ofc. 757.640.5300; Fax. 757.625.7720
Email kcosgrove@hunton.com
*Counsel for Defendant Higgerson-Buchanan, Inc.*

Seen:

*[signature]* *SeD*

John S. Norris, Jr., Esq. (VSB No. 15860)
S. Lawrence Dumville, Esq. (VSB No. 17803)
NORRIS & ST. CLAIR & LOTKIN
2840 S. Lynnhaven Road
Virginia Beach, VA 23452-6715
Ofc. 757.498.7700; Fax. 747.498.7744
Email jnorris@norrisstclair.com
Email ldumville@norrisstclair.com
*Counsel for Defendants ~~Harbor Walk Development, LLC,~~*
*Genesis Group, Inc., and Wermers Development, Inc.,*

- 4 -

Seen:

*[signature]*

James Brian Slaughter, Esq. (VA State Bar No. 45011)
MCKENRY DANCIGERS DAWSON & LAKE PC
192 Ballard Court, Suite 400
Virginia Beach, VA 23462-6538
Ofc. 757.461.2500; Fax. 757.461.2341
Email jbslaughter@va-law.org
*Counsel for Defendant Clark-Whitehill Enterprises, Inc.*

Seen:

*/s/ Jeffrey Arnold Breit*

Jeffrey Arnold Breit, Esq.
John Webb Drescher, Esq.
Michael F. Imprevento, Esq.
BREIT DRESCHER & IMPREVENTO PC
1000 Dominion Tower
999 Waterside Drive
Norfolk, VA 23510-3320
Ofc. 757.622.6000; Fax. 757.670.3939
Email jbreit@bdbmail.com
Email jdrescher@breitdrescher.com
Email mimprevento@breitdrescher.com
*Counsel for Defendants Michelle Germano*
*Dennis Jackson, Sharon Jackson,*
*Jason Dunaway, Lisa Dunaway,*
*individually and on behalf of all others*
*similarly situated*


Richard James Serpe, Esq. (VA State Bar No. 33340)
LAW OFFICES OF RICHARD J. SERPE, P.C.
580 E. Main Street, Suite 310
Norfolk, VA 23510
Ofc. 757.233.0009; Fax. 757.233.0455
Email rserpe@serpefirm.com
*Counsel for Defendants Michelle Germano*
*Dennis Jackson, Sharon Jackson,*
*Jason Dunaway, Lisa Dunaway,*
*individually and on behalf of all others*
*similarly situated*

2:10-cv-312 (Dismissal of Higgerson-Buchanan Without Prejudice)

Seen:

_____
Thomas Jeffrey Salb, Esq. (VA State Bar No. 16091
BREEDEN SALB BEASLEY & DUVALL
555 E. Main Street, Suite 1210
Norfolk, VA 23510-2234
Ofc. 757.622.1111; Fax. 757.622.4049
Email jsalb@breedenlaw.net
*Counsel for Traderscove Corp. d/b/a The Henin Group;*
*Premier International Realty, Inc., d/b/a Henin Realty;*
*International Property Investments of Central Florida, Inc.,*
*d/b/a Henin International Services; Jerome Henin, Individually;*
*David Daniels, Individually; and M&M Contracting*

2:10-cv-312 (Dismissal of Higgerson-Buchanan Without Prejudice)

Seen:

_____
Kenneth F. Hardt, Esq. (VA State Bar No. 23966)
SINNOTT NUCKOLS & LOGAN, P.C.
13811 Village Mill Dr.
Midlothian, VA 23114-4365
Ofc. 804.378.7600; Fax. 804.378.2610
Email khardt@snllaw.com
*Counsel for Venture Supply, Inc.
and The Porter-Blaine Corporation*