**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**



**EVANSTON INSURANCE COMPANY,**

       Plaintiff,

v.                                Case Number: 2:10cv312

**HARBOR WALK DEVELOPMENT, LLC, et al.,**

       Defendants.

### CLERK'S ENTRY OF DEFAULT

Default is hereby entered against the defendant WORK COMPANY, DRYWALL & PLASTER, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to file an answer in this action. This default is noted on the Court's docket this date.

                                                  FERNANDO GALINDO, Clerk

                                                  By: /s/
                                                           L. Woodcock
                                                           Deputy Clerk

Date: September 15, 2010