IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



FILED
OCT 2 2 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**EVANSTON INSURANCE COMPANY,**

    Plaintiff,

v.

**HARBOR WALK DEVELOPMENT, LLC, et al,**

    Defendants.

CASE NO. 2:10cv312

## JUDGMENT IN A CIVIL CASE

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came for decision by the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Tobin Trading, Inc. is Dismissed from this action.

DATED: October 21, 2010

FERNANDO GALINDO
Clerk of Court

By\_\_\_\_/s/_____
L. Woodcock
Deputy Clerk