FILED
OCT 22 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

EVANSTON INSURANCE COMPANY,

    Plaintiff,

v.    CIVIL ACTION NO. 2:10cv312

HARBOR WALK DEVELOPMENT, LLC.;
THE PORTER-BLAINE CORP.;
GENESIS GROUP, INC.;
WERMERS DEVELOPMENT, INC.;
CLARK-WHITEHILL ENTERPRISES, INC.;
VENTURE SUPPLY, INC.; TOBIN TRADING,
INC.; TRADERSCOVE CORP d/b/a/
THE HENIN GROUP; PREMIER
INTERNATIONAL REALTY, INC., d/b/a HENIN
REALTY; INTERNATIONAL PROPERTY
INVESTMENTS OF CENTRAL FLORIDA,
INC., d/b/a/ HENIN INTERNATIONAL
SERVICES; HIGGERSON-BUCHANAN, INC.;
M&M CONTRACTING; P&P SKILLED
CONTRACTORS; WORK COMPANY,
DRYWALL & PLASTER; JEROME HENIN,
individually; DAVID DANIELS, individually;
and MICHELLE GERMANO; DENIS
JACKSON; SHARON JACKSON;
JASON DUNAWAY; LISA DUNAWAY;
individually and on behalf of all others
similarly situated,

    Defendants.

*ORDER*

This matter is before the Court on a Motion for Leave to File Late Responsive Pleadings, filed by Defendant, Work Company, Drywall & Plaster ("Work Company"). Defendant's Motion

1

is pursuant to Rule 6 of the Federal Rules of Civil Procedure and with consent of counsel for the Plaintiff. On October 21, 2010, the Court conducted a hearing and inquired whether this motion was presented to the Court for good cause. Upon showing of good cause, Defendant's Motion for Leave to File Late Responsive Pleadings is **GRANTED**.

The Entry of Default by the Clerk of the Court is hereby **VACATED**. Defendant, Work Company, shall file responsive pleadings with the Court in a timely manner.

The Clerk is **DIRECTED** to send a copy of this Order to the parties.

**IT IS SO ORDERED.**

Raymond A. Jackson
United States District Judge

Norfolk, Virginia
October 22, 2010