IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



FILED
NOV 24 2010

EVANSTON INSURANCE COMPANY,

    Plaintiff,

v.

Civil Action No: 2:10-cv-312

HARBOR WALK DEVELOPMENT, LLC.;
THE PORTER-BLAINE CORP.;
GENESIS GROUP, INC.;
WERMERS DEVELOPMENT, INC.;
CLARK-WHITEHILL ENTERPRISES, INC.;
VENTURE SUPPLY, INC.; TOBIN TRADING,
INC.; TRADERSCOVE CORP d/b/a
THE HENIN GROUP; PREMIER
INTERNATIONAL REALTY, INC., d/b/a HENIN
REALTY; INTERNATIONAL PROPERTY
INVESTMENTS OF CENTRAL FLORIDA,
INC., d/b/a HENIN INTERNATIONAL
SERVICES; HIGGERSON-BUCHANAN, INC.;
M&M CONTRACTING; P&P SKILLED
CONTRACTORS; WORK COMPANY,
DRYWALL & PLASTER; JEROME HENIN,
individually; DAVID DANIELS, individually;
and MICHELLE GERMANO; DENNIS
JACKSON; SHARON JACKSON;
JASON DUNAWAY; LISA DUNAWAY;
individually and on behalf of all others
similarly situated,

    Defendants.

_____/

## ORDER

It appearing to the Court that the Plaintiff, Evanston Insurance Company ("Evanston"), and the Defendants, The Porter-Blaine Corporation ("Porter-Blaine") and Venture Supply, Inc. ("Venture Supply"), by and through their counsel, agree that Porter-Blaine and Venture Supply are not necessary parties in this action because neither Porter-Blaine nor Venture Supply have a stake or interest in the outcome of this

declaratory judgment proceeding which involves, among other things, Harbor Walk Development LLC's indemnification rights under certain Evanston insurance policies ("Policies"). Further, Porter-Blaine and Venture Supply have agreed they have no rights under the Policies with respect to the specifically identified underlying lawsuits. Accordingly, Porter-Blaine and Venture Supply are hereby dismissed without prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(2) with each party to bear its own attorneys' fees and costs.

It is so ORDERED.

Entered this ___ day of November, 2010.

Raymond A. Jackson
United States District Judge

We ask for this:

Richard A. Saunders, Esquire
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Post Office Box 12525
Norfolk, Virginia 23541-0525
Telephone No. (757) 461-7100
Facsimile No. (757) 461-0083

*Counsel for Evanston Insurance Company*

R. Steven Rawls, Esquire
Rebecca Appelbaum, Esquire
Robert J. Witmeyer, Esquire
Butler Pappas Weihmuller Katz Craig LLP
One Harbour Place, Suite 500
777 S. Harbour Island Boulevard
Tampa, FL 33602
Telephone (813) 281-1900
Facsimile (813) 281-0900

*Counsel for Evanston Insurance Company*

2

Civil Action No: 2:10-cv-312
Order dismissing Porter-Blaine and Venture Supply

_____
Mark C. Nanavati, Esquire
Kenneth F. Hardt, Esquire
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114-4365
Telephone (804) 378-7600
Facsimile (804) 378-2610


*Counsel for Venture Supply, Inc. and the Porter-Blaine Corporation*

Seen:

_____
John W. Drescher, Esquire
Jeffrey A. Breit, Esquire
Michael F. Imprevento, Esquire
Breit, Drescher & Imprevento, P.C.
1000 Dominion Tower
999 Waterside Drive
Norfolk, Virginia 23510
Telephone (757) 670-3888
Facsimile (757) 670-3895


*Counsel for Michelle Germano, Dennis Jackson,
Sharon Jackson, Jason Dunaway & Lisa Dunaway*

_____
J. Brian Slaughter, Esquire
McKenry, Dancigers, Dawson & Lake
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
Telephone (757) 461-2500
Facsimile (757) 461-2341

*Counsel for Clark-Whitehill Enterprises, Inc.*

3

Civil Action No: 2:10-cv-312
Order dismissing Porter-Blaine and Venture Supply

---

T. Jeffrey Salb, Esquire
Gregory D. Surber, Esquire
Breeden, Salb, Beasley & Duvall, P.C.
555 East Main Street, Suite 1210
Norfolk, Virginia 23510
Telephone (757) 622-1111
Facsimile (757) 622-4049
jsalb@breedenlaw.net

*Counsel for Traderscove Corp., d/b/a The Henin Group; Premier International Realty, Inc., d/b/a Henin Realty; International Property Investments of Central Florida, Inc., d/b/a Henin International Services; Jerome Henin, Individually; David Daniels, Individually; and M&M Contracting*

---

John S. Norris, Jr., Esquire
S. Lawrence Dumville, Esquire
Norris & St. Clair, P.C.
2840 South Lynnhaven Road
Virginia Beach, Virginia 23452
Telephone (757) 498-7700
Facsimile (757) 498-7744

*Counsel for Wermers Development, Inc and Genesis Group, Inc.*

---

Todd M. Fiorella, Esquire
Fraim & Fiorella, P.C.
150 Boush Street, Suite 601
Norfolk, VA 23510
Telephone (757) 227-5900
Facsimile (757) 227-5901

*Counsel for Work Company, Drywall & Plaster*

4

Civil Action No: 2:10-cv-312
Order dismissing Porter-Blaine and Venture Supply

_____
T. Jeffrey Salb, Esquire
Gregory D. Surber, Esquire
Breeden, Salb, Beasley & Duvall, P.C.
555 East Main Street, Suite 1210
Norfolk, Virginia 23510
Telephone (757) 622-1111
Facsimile (757) 622-4049
jsalb@breedenlaw.net

*Counsel for Traderscove Corp., d/b/a The Henin Group; Premier International Realty, Inc., d/b/a Henin Realty; International Property Investments of Central Florida, Inc., d/b/a Henin International Services; Jerome Henin, Individually; David Daniels, Individually; and M&M Contracting*

*/s/ Rob Lory for* (48507)
John S. Norris, Jr., Esquire
S. Lawrence Dumville, Esquire
Norris & St. Clair, P.C.
2840 South Lynnhaven Road
Virginia Beach, Virginia 23452
Telephone (757) 498-7700
Facsimile (757) 498-7744

*Counsel for Wermers Development, Inc and Genesis Group, Inc.*

_____
Todd M. Fiorella, Esquire
Fraim & Fiorella, P.C.
150 Boush Street, Suite 601
Norfolk, VA 23510
Telephone (757) 227-5900
Facsimile (757) 227-5901

*Counsel for Work Company, Drywall & Plaster*

4

Civil Action No: 2:10-cv-312
Order dismissing Porter-Blaine and Venture Supply

_/s/ T. Jeffrey Salb_

T. Jeffrey Salb, Esquire
Gregory D. Surber, Esquire
Breeden, Salb, Beasley & Duvall, P.C.
555 East Main Street, Suite 1210
Norfolk, Virginia 23510
Telephone (757) 622-1111
Facsimile (757) 622-4049
jsalb@breedenlaw.net

*Counsel for Traderscove Corp., d/b/a The Henin Group; Premier International Realty, Inc., d/b/a Henin Realty; International Property Investments of Central Florida, Inc., d/b/a Henin International Services; Jerome Henin, Individually; David Daniels, Individually; and M&M Contracting*

_____

John S. Norris, Jr., Esquire
S. Lawrence Dumville, Esquire
Norris & St. Clair, P.C.
2840 South Lynnhaven Road
Virginia Beach, Virginia 23452
Telephone (757) 498-7700
Facsimile (757) 498-7744

*Counsel for Wermers Development, Inc and Genesis Group, Inc.*

_____

Todd M. Fiorella, Esquire
Fraim & Fiorella, P.C.
150 Boush Street, Suite 601
Norfolk, VA 23510
Telephone (757) 227-5900
Facsimile (757) 227-5901

*Counsel for Work Company, Drywall & Plaster*

4