# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION



**EVANSTON INSURANCE COMPANY,**

    Plaintiff,

v.                                          **CASE NO. 2:10cv312**

**HARBOR WALK DEVELOPMENT, LLC, et al,**

    Defendants.

## JUDGMENT IN A CIVIL CASE

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came for decision by the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants GENESIS GROUP and WERMERS DEVELOPMENT, INC., are Dismissed without Prejudice from this action with each party to bear its own attorneys' fees and costs.

**DATED: February 22, 2011**                **FERNANDO GALINDO**
                                                            **Clerk of Court**

                                                                   **By**    **/s/**
                                                                          **L. Woodcock**
                                                                          **Deputy Clerk**