**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**



FILED
SEP - 9 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**EVANSTON INSURANCE COMPANY,**
    Plaintiff,

v.                           CASE NO. 2:10CV312

**HARBOR WALK DEVELOPMENT, LLC, et al,**
    Defendants,

**JUDGMENT IN A CIVIL CASE**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came for decision by the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED**.

DATED: September 9, 2011         FERNANDO GALINDO
                                                Clerk of Court

                                                           /s/
                                        By: _____
                                            M. J. Cowart
                                            Deputy Clerk